**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| DOMENIC TRICOME, | : No. 35 MAL 2015 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| PAUL LARIVIERE, GMP NUTRACEUTICALS, INC., | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.